RICHARD ZIEMAN (CSB 230832)
1860 EL CAMINO REAL, STE 438
BURLINGAME, CA 94010
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER FOR SOCIAL SECURITY<br><br>Defendant | Case No.: 5:26-cv-06454 SVK<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUPPORTING BRIEF |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have a 14-day extension in which to file Plaintiff's supporting brief pursuant to Civil L.R. 16-1(e). The brief was due on Friday, September 25, 2026. It is now due on Friday, October 9, 2026. All other deadlines will be extended accordingly.

We apologize for this late request. Plaintiff counsel has had multiple medical appointments the past two months. Along with regular case load counsel was unable to complete the brief on time. This is plaintiff's first request.

//

//

//

//

DATED: September 28, 2026 /s/ Richard Zieman

RICHARD ZIEMAN
Attorney for Plaintiff

DATED: September 28, 2026 /s/ Erin Highland

ERIN HIGHLAND,
Specialist Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: September 29, 2026



SUSAN van KEULEN
United States Magistrate Judge